# FIRST LANDING FUND, LLC

3500 Pacific Avenue, Virginia Beach, Va.  23451
Phone:  757-491-1200    Facsimile:  757-422-5378

March 31, 2020

Dear Member:

We are writing to you as an investor and member of the First Landing Fund, LLC (the "First Landing" or the "Fund") to inform you of recent developments relating to the operations and investments of the Fund.

It is our understanding that, because of the current unprecedented market conditions and historic volatility in both the U.S. and global markets as a result of the COVID-19 pandemic, the Board of Directors of Prophecy Trading Advisors International Ltd. (the "Prophecy Feeder"), plans to suspend any pending redemption payments and any new subscriptions or redemptions. If this does indeed occur, such action may result in the parallel suspension of capital withdrawals by members of First Landing, pursuant to Section 6.06(a) of the Fourth Amended and Restated Limited Liability Company Agreement of First Landing, dated August 2, 2017 (the "LLC Agreement"). While we have not received formal notice of such a suspension by the Prophecy Feeder, we wanted to share our current understanding with you in a timely manner.  Should these suspensions in fact take place, you will be provided with formal notice as required by the LLC Agreement.

In addition, based on information made available to us by the Prophecy Feeder, we understand that Deloitte & Touche LLP ("Deloitte"), auditors for the Prophecy Feeder, informed Prophecy on March 18, 2020 that its *Audit Report for Fiscal Year 2018, dated June 25, 2019,* should no longer be relied upon or associated with the Prophecy Feeder's financial statements. We further understand from the Prophecy Feeder that Deloitte has withdrawn as the Prophecy Feeder's auditor, and that Marcum LLP ("Marcum") has been retained to re-audit the fiscal year 2018 financial results and commence an audit of fiscal year 2019. We will provide you with the financials and restated report as soon as they become available.

We continue to closely monitor these developments. In the meantime, please feel free to contact me to discuss any questions you may have.

Very truly yours,

*[signature]*

David Schippers, CPA
Director of Fund Operations