

641 Lexington Avenue, 13th Floor
New York, NY 10022
Office: 212.328.9564
Fax: 212.656.1778

200 Meeting Street | Suite 204
Charleston, SC 29401
Office: 843.576.4433

prophecyfund.com

April 29, 2020

Dear Investors,

From all of us at Prophecy Asset Management, LP ("Prophecy"), we hope this letter finds you and your family safe and well.

Auditor

As previously indicated, Prophecy has engaged Marcum, LLP ("Marcum") to commence the funds' audit of 2019. We expect the completion of the financial and tax-reporting documents by mid-June 2020.

Postponement of Redemptions and Redemption Payments and Suspension of NAV Calculation

Please be advised that, in the opinion of the General Partner and Board of Directors, there now exists a state of affairs that makes the disposition of the Partnership's investments and the determination of price or value impractical or prejudicial to the Partners and therefore Prophecy is temporarily suspending redemptions and the payment of redemptions, effective as of April 29, 2020, as we are permitted to do under the funds' constituent documents. Please be advised that redemptions received to date for trade date 31st March and beyond will be rejected. Similarly, Prophecy is temporarily suspending the calculation of NAV. The Limited Partnership Agreement of Prophecy Special Opportunities Fund, LP and International LTD provides:

The Fund may suspend the calculation of the net asset value of the Shares and consequently may suspend the right to require the Fund to issue or to repurchase any Shares in any of the following events:

*(iii) When as a result of political, economic, military or monetary events or any circumstances outside the control, responsibility and power of the Fund, disposal of the assets of the Fund is not reasonable or normally practicable without being seriously detrimental to Shareholders' interests;*

We believe that accommodating redemptions until such time, Prophecy can avoid liquidating assets at current price levels would be to the severe detriment to our investors, and that it is in the best interests of all of our investors to take this action. Prophecy intends to evaluate the need to maintain a suspension of redemptions and the payment of redemptions on a monthly basis and will alert the funds' investors of the effective dates for the pending redemptions and redemption payments. We do not wish to be a distressed seller in this market and believe that patience and diligence will provide the best results for all investors. This step will also help to ensure that all investors are treated equally with respect to redemptions.

DB3/ 203385750.1



641 Lexington Avenue, 13th Floor
New York, NY 10022
Office: 212.328.9564
Fax: 212.656.1778

200 Meeting Street | Suite 204
Charleston, SC 29401
Office: 843.576.4433

prophecyfund.com

Temporary Suspension of Management Fee

During this difficult period, we will be working to preserve investor assets and serving you as best as possible. Nonetheless, we also have determined to suspend the collection of any management fee for the first quarter of 2020, and continuing until such time as the payment of redemptions and the calculation of NAV resume.

Investor Communications

Please understand that I wish to speak with you all directly and personally regarding the situation as it develops.  While a few of you would like certain information for your understanding, or actions to benefit your position, I am required to take into the account all investors equally to make sure they are treated fairly.  In an effort to focus on the situation at hand, and to preserve the best outcome, I am asking that investors attend our regular communications going forward.

Sincerely,

Jeffrey Spotts

DB3/ 203385750.1