UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IMG MEMORIAL FUND 1, LLC,                :
                        Plaintiff,  :
                                     :            21 Civ. 3263 (LGS)
          -against-            :
                                     :              <u>ORDER</u>
FIRST LANDING FUND, LLC et al.,         :
                     Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 13, 2021, all discovery was stayed sine die pending the resolution of Defendant's motion to dismiss;

      WHEREAS, on March 18, 2022, Defendants' motion to dismiss was denied.  It is hereby

      **ORDERED** that by April 6, 2022, the parties shall file a proposed case management plan and joint letter in accordance with the instructions contained in the April 23, 2021, Order at Docket Number 17.

Dated: March 22, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE