UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| IMG MEMORIAL FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST LANDING FUND, LLC, VANTAGE CONSULTING GROUP, INC., MARK T. FINN, DAVID P. SCHIPPERS, PROPHECY SPECIAL OPPORTUNITIES FUND, LP, PROPHECY SPECIAL OPS GP, LLC, and JEFFREY SPOTTS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff shall file a response not to exceed ten pages by April 15, 2022.

Dated: April 7, 2022
   New York, New York

C.A. No. 1:21-cv-03263-LGS

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANTS PROPHECY SPECIAL
OPPORTUNITIES FUND, LP'S, PROPHECY SPECIAL OPS GP, LLC'S,
AND JEFFREY SPOTTS'S MOTION FOR PARTIAL RECONSIDERATION,
OR ALTERNATIVELY, AN ORDER PERMITTING INTERLOCUTORY APPEAL**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Prophecy Special Opportunities Fund, LP's, Prophecy Special Ops GP, LLC's, and Jeffrey Spotts's Motion for Partial Reconsideration, or Alternatively, an Order Permitting Interlocutory Appeal, Defendants Prophecy Special Opportunities Fund, LP, Prophecy Special Ops GP, LLC, and Jeffrey Spotts will move this Court, before the Honorable Lorna G. Schofield, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time determined by the Court, for an Order pursuant to Local Civil Rule 6.3 granting reconsideration, in part, of the Court's March 18, 2022 Order (ECF No. 68) denying their motion to dismiss the First Amended Complaint, or alternatively, certifying the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: April 1, 2022

Respectfully submitted,

*/s/ Jason D. Frank*
Jason D. Frank
jason.frank@morganlewis.com
Matthew C. McDonough (*pro hac vice*)
matthew.mcdonough@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110
Telephone:    617.341.7700
Facsimile:    617.341.7701

*Counsel for Prophecy Special Ops GP, LLC
and Prophecy Special Opportunities Fund LP*

*/s/ Lee Vartan*
Lee Vartan
lvartan@csglaw.com
Melissa F. Wernick
mwernick@csglaw.com
CHIESA SHAHINIAN & GIANTOMASI PC
11 Times Square, 34th Floor
New York, NY  10036
Telephone:    973.530.2107
Facsimile:    973.530.2307

*Counsel for Jeffrey Spotts*

2