```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IMG MEMORIAL FUND 1, LLC,

                Plaintiff,

    -against-

FIRST LANDING FUND, LLC et al.,

                Defendants.

-----------------------------------------------------------------X

21-CV-03263 (LGS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On August 2, 2022, this case was referred to me for General Pretrial (see ECF No. 96). A telephonic discovery conference is hereby scheduled for **Thursday, September 15, 2022 at 11:30 a.m.** to address issues raised in the letter motions at ECF Nos. 92, 94, and 97/98. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:    New York, New York
               August 8, 2022

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge