

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**Marion R. Harris**
Partner

Direct Tel: 212-326-0128
Direct Fax: 212-326-0806
MHarris@PRYORCASHMAN.com

September 23, 2022

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: 9-27-2022

**VIA CM/ECF**

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *IMG Memorial Fund 1, LLC v. First Landing Fund, LLC, et al.,* Case No. 1:21-cv-3263-LGS - Joint Letter Requesting 30-day Extension of Stay of Proceedings

Dear Judge Figueredo:

  We represent the First Landing Defendants and write jointly with counsel for all parties to request a 30-day extension of the stay of proceedings in this action. On August 30, 2022, via memo endorsement, the Court granted the parties' letter request for a 30-day stay of proceedings as the parties explored settlement (ECF No. 107). The discussion of potential settlement among the parties, which remains ongoing, has taken more time than originally anticipated. Accordingly, the parties respectfully request an additional 30-day extension of the stay of proceedings, through and including October 28, 2022. Should settlement discussions prove unfruitful, the parties will submit a revised proposed Case Management Plan and Scheduling Order no later than the expiration of the extended 30-day stay (on October 28, 2022).

  We thank the Court for its time and attention to this matter.

             Respectfully submitted,

             Marion R. Harris

cc: All Counsel (*via CM/ECF*)